1  DANIEL J. BRODERICK, Bar #89424
Federal Defender
2  COURTNEY FEIN, Bar #244785
Designated Counsel for Service
3  801 I Street, 3rd Floor
Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
BERNADINO MAGAÑA-SANDOVAL
6

7             IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              )   NO. CR.S-11-306-LKK
                                          )
11             Plaintiff,                 )   **STIPULATION AND ORDER; CONTINUING**
                                          )   **STATUS CONFERENCE AND EXCLUDING**
12      v.                                )   **TIME**
                                          )
13  BERNADINO MAGAÑA-SANDOVAL,            )   Date:  September 7, 2011
                                          )   Time:  9:15 a.m.
14             Defendant.                 )   Judge: Hon. Lawrence K. Karlton
    _____       )

15

16         IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

17  MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN,

18  attorney for BERNADINO MAGAÑA-SANDOVAL, that the status conference hearing date of September

19  7, 2011 be vacated, and the matter be set for status conference on October 4, 2011 at 9:15 a.m.

20         The reason for this continuance is defense counsel needs additional time to review the pre-sentence

21  report, conduct further investigation regarding his priors, and re-review the report with the defendant based

22  on the investigation's results.

23         Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be

24  excluded from the date of signing of this order through and including October 4,

25  / / /

26  / / /

27  / / /

28  2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based

1  upon continuity of counsel and defense preparation.

2

3  DATED:  September 1, 2011.                          Respectfully submitted,

4                                                      DANIEL J. BRODERICK
                                                       Federal Public Defender
5
                                                       /s/ Courtney Fein
6                                                      COURTNEY FEIN
                                                       Assistant Federal Defender
7                                                      Designated Counsel for Service
                                                       Attorney for ABEL RAMIREZ-ESPINOSA
8

9  DATED:  September 1, 2011.                          BENJAMIN WAGNER
                                                       United States Attorney
10
                                                       /s/ Michele Beckwith
11                                                     MICHELE BECKWITH
                                                       Assistant U.S. Attorney
12                                                     Attorney for Plaintiff

13                                      ORDER

14       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 7,

15  2011,  status conference hearing be continued to October 4, 2011, at 9:15 a.m.  Based on the representation

16  of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a

17  continuance in this case would deny defense counsel reasonable time necessary for effective preparation,

18  taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by

19  granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is

20  ordered that time up to and including the October 4, 2011 status conference shall be excluded from

21  computation of time within which the trial of this matter must be commenced under the Speedy Trial Act

22  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable

23  time to prepare.

24

25  Dated: September 1, 2011

26                                                     _____
                                                       LAWRENCE K. KARLTON
27                                                     SENIOR JUDGE
                                                       UNITED STATES DISTRICT COURT
28

                                          2